**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | ) |
| | ) |
| Melissa Jennifer Taylor | ) Case Number:   10–01317–TLM |
| 11169 W. Bodley | ) |
| Boise, ID 83709 | ) Chapter Number: 7 |
| | ) |
| Social Security No.: xxx–xx–4144 | ) |
| Employer's Tax I.D. No.: | ) |
| | ) |
| Debtor | ) |
| | ) |

_____

**DEFICIENCY NOTICE OF ADDITIONAL MISSING DOCUMENTS / INCORRECT FORM USED**

To the Debtor(s) and Debtor's attorney, if any;

In order for this case to be administered, it is necessary that the ADDITIONAL item(s) described below be filed within fourteen (14) days from the date of this notice.

Declaration and Signature of Non–Attorney Petition Preparer Form B–19

Official and Procedural forms can be found on the Court's web site at www.id.uscourts.gov/forms–bk.htm .

Dated: 5/5/10

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court