**United States Bankruptcy Court**
**District of Idaho**

IN RE:                                                                                      Case No. 10-01317-TLM

**TAYLOR, MELISSA JENNIFER**                              Chapter 7
                                  Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s)in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept .................................................... $ 149

   Prior to the filing of this statement I have received ........................................................ $ 0

   Balance Due ............................................................................................ $ 149

2. I have prepared or caused to be prepared the following documents (itemize):
   Statement of Social Security Number(s)
   Voluntary Petition
   Exhibit "D" to Voluntary Petition [Debtor]
   Summary of Schedules
   Schedule A - Real Property
   Schedule B - Personal Property
   Schedule C - Property Claimed as Exempt
   Schedule D - Creditors Holding Secured Claims
   Schedule E - Creditors Holding Unsecured Priority Claims
   Schedule F - Creditors Holding Unsecured NonPriority Claims
   Schedule G - Executory Contracts and Unexpired Leases
   Schedule H - Codebtors
   Schedule I - Current Income of Individual Debtor(s)
   Schedule J - Current Expenditures of Individual Debtor(s)
   Declaration Concerning Debtor's Schedules
   Statement of Financial Affairs
   Chapter 7 Individual Debtor's Statement of Intention
   Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer
   Verification of Creditor Matrix
   Creditor Matrix
   Disclosure of Compensation of Bankruptcy Petition Preparer
   Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Application for Waiver of Chapter 7 Filing Fee
   Chapter 7 Statement of Current Monthly Income and Means Test Calculation

   and provided the following services:

3. The source of the compensation paid to me was: ☒ Debtor

4. The source of compensation to be paid to me is: ☒ Debtor

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
   NAME:_____ SSN:_____

X /s/ Cherill Franson
                       Signature

**Cherill Franson**
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **PO Box 1401**

**American Fork, UT 84003**

SOCIAL SECURITY NUMBER

**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**                **5/04/2010**
Social Security number of bankruptcy       Date
petition preparer. (If bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer,
principal, responsible person or partner of
the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Stamp: U.S. COURTS MAY 18 2010 Rcvd Filed Time Mail ELIZABETH A. SMITH CLERK, DISTRICT OF IDAHO*